ABIGAIL GREEN, appellant,

*v.*

THE CAMDEN NATIONAL BANK, respondent.

On appeal from a decree advised by Vice-Chancellor Bird, whose opinion is reported in *Camden National Bank* v. *Green, 18 Stew. Eq. 546.*

*Messrs. Bergen & Bergen,* for the appellant.

*Mr. Howard M. Cooper,* for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given by the court below.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, MAGIE, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, COLE, SMITH, WHITAKER—11.

*For reversal*—None.